**Amanuel M. SOLOMON, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 00–70039.

I & NS No. A76–643–665.

United States Court of Appeals, Ninth Circuit.

Jan. 9, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and SCHWARZER, Senior District Judge.*

ORDER

Respondent's unopposed motion to vacate the panel's October 4, 2001 decision is GRANTED. We dismiss the petition for review and remand the case to the Board of Immigration Appeals for reconsideration in light of *Matter of G–Y–R–*, 23 I. & N. Dec. 181 (BIA 2001).